## STATE v. CHERRY

No. 130PC

No. 35 (Fall Term)

Case below: 51 NC App 118

Petition by State for discretionary review under G.S. 7A-31 allowed 5 May 1981.

## STATE v. CLANTON

No. 56PC

Case below: 49 NC App 698

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 May 1981.

## STATE v. COOLEY

No. 46PC

Case below: 50 NC App 544

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 May 1981.

## STATE v. DIZOR

No. 133PC

Case below: 51 NC App 247

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.

## STATE v. EDWARDS

No. 60PC

Case below: 32 NC App 599

Application by defendant for further review denied 5 May 1981.